# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER, <br><br> Plaintiff <br><br> v. <br><br> JEREMY BEAN, et al., <br><br> Defendants | Case No.: 2:17-cv-01728-APG-NJK <br><br> **Order (1) Granting Unopposed Motion to Extend Time and (2) Directing Plaintiff to File a Readable Version of Opposition** <br><br> [ECF Nos. 24/25] |

Plaintiff Rickie Slaughter moves to extend the time to file an opposition to the defendants' summary judgment motion. I grant his unopposed motion. However, the opposition Slaughter attached to his motion is unreadable. I therefore direct the clerk's office to provide a copy of the opposition to Slaughter, and I give Slaughter 30 days to file a readable version of his opposition.

IT IS ORDERED that plaintiff Rickie Slaughter's unopposed motion to extend time **(ECF Nos. 24/25) is GRANTED.**

IT IS FURTHER ORDERED that the clerk's office shall provide a copy of the opposition attached to ECF No. 24 to plaintiff Rickie Slaughter.

IT IS FURTHER ORDERED that within 30 days of the date of this order, plaintiff Rickie Slaughter shall file a readable version of his opposition to the defendants' motion.

DATED this 27th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE